# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

OBAYDULLAH,                          )
                                     )
                Petitioner,          )
                                     )
        v.                           )    Civil Case No. 08-1173 (RJL)
                                     )
BARACK OBAMA, *et al.*,              )
                                     )
                Respondents.         )

## MEMORANDUM ORDER
(August 30 2010) [#85]

Before the Court is petitioner Obaydullah's Motion to Compel Discovery. Paragraph I.E of the Case Management Order [Dkt. #77] governing the procedures of this case specifically provides, *inter alia*, that any request for discovery "must: (1) be narrowly tailored; (2) specify why the request is likely to produce evidence both relevant and material to the petitioner's case; . . . and (4) explain why the burden on the Government to produce such evidence is neither unfairly disruptive nor unduly burdensome to the Government." Because the petitioner has failed to meet these requirements, it is hereby

**ORDERED** that the petitioner's Motion to Compel Discovery is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge